Michael Schad Attorney at Law (#109911)
2100 Garden Road Suite C-315
Monterey, CA. 93940
(831)333-0313 FAX (831)655-1106

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelica Martinez | Case No.: 09-58534  CN |
| Debtor(s) | Chapter 13  Bankruptcy |
| | Judge:  Novack |
| Bank of the West | Hearing: March 30, 2011 |
| Movant | Time:    3:00 pm |
| | Room:  3070 |

## RESPONSE TO MOTION FOR RELIEF FROM STAY

### NO OPPOSITION

Bank of the West filed a Motion for Relief from Automatic Stay, in regard to the Debtor's 2001 Lincoln LS on March 10, 2011. The matter is set for Conference on March 30, 2011 at 3:00 pm. The Debtor filed a Motion to Modify Chapter 13 Plan on February 4, 2011 with the intention to surrender this vehicle. As such, the Debtor has no opposition to the Motion and will not attend the hearing.

Respectfully Submitted,

Dated: March 10, 2011          /s/Michael Schad

Michael Schad
Attorney for Debtor(s)

[Summary of pleading] - 1